# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

FEB 25 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**RS**

**CR  14  103**

ARSHAD RAZZAK, RICHARD YICK, and
RAUL ERIC ELIAS

DEFENDANT(S).



---

# INDICTMENT

COUNT ONE:18 U.S.C. § 241 B Conspiracy Against Civil Rights
COUNTS TWO and THREE:18 U.S.C. § 242 and 2 – Deprivation
Rights Under Color of Law and Aiding and Abetting
COUNTS FOUR through SIX: 18 U.S.C. § 1519 B Falsification of
Record

---

A true bill.

_____
Foreman

Filed in open court this __25__ day of

_____Feb. 2014_____

_____
Clerk

Bail, $ _____

for all defendants
FEB 28, 2014
at 9:30AM

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

18 U.S.C. § 241 - Conspiracy Against Civil Rights; 18 U.S.C. § 242 - Deprivation of Rights Under Color of Law; 18 U.S.C. § 1519 - Falsification of Record; 18 U.S.C. § 2 - Aiding and Abetting

☐ Petty

☐ Minor

☐ Misdemeanor

☒ Felony

PENALTY:   SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION 2014

~~FILED~~

FEB 25 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### DEFENDANT - U.S

▶   ARSHAD RAZZAK

DISTRICT COURT NUMBER

CR 14 103 RS

### DEFENDANT

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

   ☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA RODNEY C. VILLAZOR

### IS *NOT* IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from ~~████████████~~

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No

If "Yes" give date filed

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:

☒ Arraignment ☒ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: Feb. 28, 2014 @ 9:30 AM   Before Judge: Elizabeth Laporte

Comments:

PENALTY SHEET
DEFENDANT – ARSHAD RAZZAK

18 U.S.C. § 241 - Conspiracy Against Civil Rights - 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

18 U.S.C. § 242 - Deprivation of Rights Under Color of Law -1 year imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

18 U.S.C. § 1519 - Falsification of Record -  20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

18 U.S.C. § 241 - Conspiracy Against Civil Rights; 18 U.S.C. § 242 - Deprivation of Rights Under Color of Law; 18 U.S.C. § 1519 - Falsification of Record; 18 U.S.C. § 2 - Aiding and Abetting

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

FILED

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FEB 25 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S ───

▶ RICHARD YICK

DISTRICT COURT NUMBER

**CR 14 103**

RS

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY ☐ DEFENSE
  } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
  } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
  }

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    AUSA RODNEY C. VILLAZOR

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from ~~~~~~~ BY COURT ORDER

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction
  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No      give date filed

DATE OF
ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED    Month/Day/Year
TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☒ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount:
If Summons, complete following:
☒ Arraignment ☒ Initial Appearance    * Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time: Feb. 28, 2014 @ 9:30 AM Before Judge: Elizabeth Laporte

Comments:

PENALTY SHEET
DEFENDANT – RICHARD YICK

18 U.S.C. § 241 - Conspiracy Against Civil Rights - 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

18 U.S.C. § 242 - Deprivation of Rights Under Color of Law -1 year imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

18 U.S.C. § 1519 - Falsification of Record -  20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

---

### OFFENSE CHARGED

18 U.S.C. § 241 - Conspiracy Against Civil Rights; 18 U.S.C.
§ 242 - Deprivation of Rights Under Color of Law; 18 U.S.C. §
2 - Aiding and Abetting

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY:    SEE ATTACHMENT

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED
FEB 25 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

--- DEFENDANT - U.S

RAUL ERIC ELIAS

DISTRICT COURT NUMBER

CR 14    103

RS

---

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                          SHOW
                          DOCKET NO.
☐ U.S. ATTORNEY  ☐ DEFENSE  }

☐ this prosecution relates to a
pending case involving this same
defendant                   MAGISTRATE
                          CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under  }

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    AUSA RODNEY C. VILLAZOR

---

### DEFENDANT

#### IS NOT IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▸

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

SEALED
BY COURT ORDER

#### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  }  ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes      If "Yes"
been filed?   ☐ No        give date
                          filed

DATE OF
ARREST                Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED          Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☒ Arraignment  ☒ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:  Feb. 28, 2014 @ 9:30 AM  Before Judge: Elizabeth Laporte

Comments:

PENALTY SHEET

DEFENDANT – RAUL ERIC ELIAS

18 U.S.C. § 241 - Conspiracy Against Civil Rights - 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

18 U.S.C. § 242 - Deprivation of Rights Under Color of Law -1 year imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3

4

5

6

7

8

9



FILED

FEB 25 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT          RS

11              NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13                CR  14    103

14  UNITED STATES OF AMERICA,          ) No.
                                       )
15        Plaintiff,                   ) VIOLATIONS: 18 U.S.C. § 241 – Conspiracy
                                       ) Against Civil Rights; 18 U.S.C. § 242 – Deprivation
16    v.                               ) of Rights Under Color of Law; 18 U.S.C. § 1519 –
                                       ) Falsification of Record; 18 U.S.C. § 2 – Aiding and
17  ARSHAD RAZZAK, RICHARD YICK, and   ) Abetting
    RAUL ERIC ELIAS,                   )
18                                     ) SAN FRANCISCO VENUE
          Defendants.                  )
19  _____)

20                    I N D I C T M E N T

21  The Grand Jury charges:

22              INTRODUCTORY ALLEGATIONS

23        At all times relevant to this Indictment:

24        1.     The San Francisco Police Department ("SFPD") was a duly constituted police agency

25  engaging in law enforcement in San Francisco, California. SFPD officers were authorized by California

26  law to make lawful arrests and conduct legally authorized searches within the City and County of San

27  Francisco.

28

2.     SFPD's Southern Station had jurisdiction over the South of Market district of San Francisco. A team of plainclothes police officers operated as a unit out of Southern Station.

3.     Defendants ARSHAD RAZZAK, RICHARD YICK, and RAUL ERIC ELIAS were SFPD officers assigned to the plainclothes unit at Southern Station.

COUNT ONE:          (18 U.S.C. § 241 – Conspiracy Against Civil Rights)

4.     The factual allegations in Paragraphs 1 through 3 are re-alleged and incorporated as if fully set forth here.

5.     Beginning on a date unknown to the grand jury but no later than December 23, 2010, and continuing through at least March 1, 2011, in the Northern District of California, the defendants,

ARSHAD RAZZAK,
RICHARD YICK, and
RAUL ERIC ELIAS,

while acting under color of law, did willfully combine, conspire, and agree with each other to injure, oppress, threaten, and intimidate occupants of single room occupancy ("SRO") hotel rooms in the free exercise and enjoyment of the rights and privileges secured to them by the Constitution and laws of the United States, namely, the right to be free from unreasonable searches and seizures and the right not to be deprived of liberty without due process of law.

MANNER AND MEANS OF THE CONSPIRACY

6.     It was a part of the conspiracy that the defendants, in order to secure arrests, detention, and criminal convictions, agreed:

    a.     to enter and search SRO hotel rooms without legal cause;

    b.     to falsely report and document the circumstances of their entry into the hotel rooms and the basis for entering and searching the rooms; and

    c.     to testify falsely at court proceedings concerning the circumstances of their entry into the hotel rooms and the basis for entering and searching the rooms.

All in violation of Title 18, United States Code, Section 241.

//

//

2

1  COUNT TWO:        (18 U.S.C. § 242 and 2 – Deprivation Rights Under Color of Law and Aiding and
                     Abetting)
2        7.      The factual allegations in Paragraphs 1 through 3 are re-alleged and incorporated as if
3  fully set forth here.

4        8.      On or about December 23, 2010, in the Northern District of California, the defendants,
5                                ARSHAD RAZZAK and
                                 RICHARD YICK,
6

7  while acting under color of law, each aiding and abetting the other, did willfully deprive J.R. of a right
8  secured and protected by the Constitution and laws of the United States, specifically the right to be free
9  from unreasonable searches and seizures by those acting under color of law in that RAZZAK and YICK
10 and others entered and searched J.R.'s hotel room without legal justification, in violation of Title 18,
11 United States Code, Sections 242 and 2.

12 COUNT THREE:       (18 U.S.C. §§ 242 and 2 – Deprivation of Rights Under Color of Law and Aiding
13                     and Abetting)

14       9.      The factual allegations in Paragraphs 1 through 3 are re-alleged and incorporated as if
15 fully set forth here.

16       10. On or about January 5, 2011, in the Northern District of California, the defendants,
17                               ARSHAD RAZZAK,
                                 RICHARD YICK, and
18                               RAUL ERIC ELIAS,

19 while acting under color of law, each aiding and abetting the other, did willfully deprive T.G. and D.W.
20 of a right secured and protected by the Constitution and laws of the United States, specifically the right
21 to be free from unreasonable searches and seizures by those acting under color of law, in that RAZZAK,
22 YICK, and ELIAS entered and searched T.G.'s and D.W.'s hotel room without legal justification, in
23 violation of Title 18, United States Code, Sections 242 and 2.

24 COUNT FOUR:        (18 U.S.C. §§ 1519 and 2 – Falsification of Record and Aiding and Abetting)
25       11.     The factual allegations in Paragraphs 1 through 3 are re-alleged and incorporated as if
26 fully set forth here.

27 //

28
                                                3

12.     On or about January 19, 2011, in the Northern District of California, the defendants,

ARSHAD RAZZAK and
RICHARD YICK,

each aiding and abetting the other, did knowingly falsify and make a false entry in a record and document, specifically an informant payslip purportedly documenting a payment to SFPD Informant 10-16 for providing information leading to the arrest of C.H. on December 23, 2010, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, in violation of Title 18, United States Code, Sections 1519 and 2.

COUNT FIVE:         (18 U.S.C. § 1519 – Falsification of Record)

13.     The factual allegations in Paragraphs 1 through 3 are re-alleged and incorporated as if fully set forth here.

14.     On or about December 24, 2010, in the Northern District of California, the defendant,

ARSHAD RAZZAK,

did knowingly falsify and make a false entry in a record and document, specifically SFPD incident report number 101179566, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, in violation of Title 18, United States Code, Section 1519.

//
//
//
//
//
//
//
//
//
//

4

1  COUNT SIX:          (18 U.S.C. § 1519 – Falsification of Record)

2       15.    The factual allegations in Paragraphs 1 through 3 are re-alleged and incorporated as if

3  fully set forth here.

4       16.    On or about January 5, 2011, in the Northern District of California, the defendant,

5                                    RICHARD YICK,

6  did knowingly falsify and make a false entry in a record and document, specifically SFPD incident

7  report number 110015282, with the intent to impede, obstruct, and influence the investigation and

8  proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, an

9  agency of the United States, in violation of Title 18, United States Code, Section 1519.

10

11  DATED:  ___2-25-2014___                      A TRUE BILL.

12

13                                         _____
                                                  FOREPERSON

14

15  MELINDA HAAG
   United States Attorney

16

17  J. DOUGLAS WILSON
   Chief, Criminal Division

18

19  (Approved as to form:  _____)
                           AUSAs Caputo, Hemann, and Villazor

20

21

22

23

24

25

26

27

28

                                       5