MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

RODNEY VILLAZOR (NYBN 4003596)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7265
    FAX: (415) 436-7234
    rodney.villazor@usdoj.gov

Attorneys for Plaintiff

FILED
FEB 25 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 14 103

| UNITED STATES OF AMERICA, | ) Criminal No. |
|---|---|
| Plaintiff, | ) SEALING APPLICATION AND ) SEALING ORDER |
| vs. | ) SAN FRANCISCO VENUE |
| ARSHAD RAZZAK, RICHARD YICK, and RAUL ERIC ELIAS, | ) |
| Defendants. | ) |

    The United States requests that the Indictment, Penalty Sheets and Summons in the above-captioned case filed with the Court on February 25, 2014, be filed under seal until further order of the Court, with the exception that the Clerk's office may provide a copy of the Indictment, Penalty Sheets and Summons to the U.S. Attorney's Office and agents of the Federal Bureau of Investigation

    The sealing application is requested because the government is continuing its investigation and disclosure of the indictment may thwart the investigation and apprehension of potential accomplices, associates, and/or co-conspirators.

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: February 25, 2014

Respectfully submitted,

MELINDA HAAG
United States Attorney

RODNEY C. VILLAZOR
Assistant United States Attorney

## ORDER

On the government's application, the Indictment, Penalty Sheets and Summons filed with the Court on February 25, 2014, shall be filed under seal until further order of the court with the exception that the Clerk's office may provide a copy of the Indictment, Penalty Sheets and Summons to the U.S. Attorney's Office and agents of the Federal Bureau of Investigation.

IT IS SO ORDERED.

February 25, 2014

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge