PROOF OF SERVICE

I, Margaret A. Pendergast, am a citizen of the United States, and my business address is 646-24 Avenue, San Francisco, CA 94121.

I am over the age of eighteen (18) years and not a party to this action or proceeding. On December 15, 2014, I served the following document(s):

PRETRIAL CONFERENCE STATEMENT

by email only, addressed as follows:

Rodney C. Villazor, Esq
John Henry Hemann, Esq
United States Attorney's Office
450 Golden Gate, 11th Floor
San Francisco, CA 94102
 Hemann, John (USACAN) <John.Hemann@usdoj.gov>
"Villazor, Rodney (USACAN)" <Rodney.Villazor@usdoj.gov>

MATTHEW B. PAVONE, Esq.
Courtyard Square
750 Grant Avenue, Suite 250
Novato, CA  94945-7003
"Matthew R. Pavone (mpavone@pavonelaw.com)

Michael L. Rains
RAINS LUCIA STERN, PC
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, CA 94523
"Michael Rains (mrains@rlslawyers.com

I, Margaret A. Pendergast, certify under penalty of perjury pursuant to the laws of the State of California, that the foregoing statements are true and correct, and that this proof of service was executed in the City of San Francisco, California on December 15, 2014.


\_\_\_/s/_____
MARGARET A. PENDERGAST

Z:\Clients (Active)\Yick, Richard (POA - Federal)\Legal\pos 2014 DEC 15 Pretrial conference statement.wpd