MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7265
    FAX: (415) 436-7234
    rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-14-00103 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER STAYING PROCEEDINGS AND WAIVING TIME UNDER SPEEDY TRIAL ACT AS TO DEFENDANT RAUL ERIC ELIAS TO JULY 21, 2015 AT 2:30 P.M. |
| v. | |
| ARSHAD RAZZAK, RICHARD YICK AND RAUL ERIC ELIAS, | |
| Defendants. | |

    The government, appearing through the undersigned counsel, and Defendant Raul Eric Elias, appearing through Matthew B. Pavone, Esq., hereby request that the Court stay all criminal proceedings until July 21, 2015 against Defendant Elias pending an evaluation and approval by Pretrial Services of him for pre-trial diversion and his entry into the pre-trial diversion program, more fully set forth before the Court at a pretrial hearing on January 7, 2015.  In addition, for the reasons set forth on the record, the parties also stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  As such, the parties respectfully request that the time between January 7,

1  2015 and July 21, 2015 be excluded under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3  DATED: January 9, 2015            Respectfully submitted,

MELINDA HAAG
United States Attorney

 /s/  
RODNEY C. VILLAZOR
Assistant United States Attorney

 /s/  
MATTHEW B. PAVONE, Esq.
Attorney for Defendant Raul Eric Elias

**ORDER**

Based on the reason provided in the stipulation of the parties above, the Court hereby STAYS all criminal proceedings as to Defendant Elias until July 21, 2015. In addition, the Court also hereby FINDS that, in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded until July 21, 2015.

IT IS SO ORDERED.

DATED: 1/12/2015

RICHARD SEEBORG
United States District Judge