UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR 14-0103 RS |
| Plaintiff, | ) |
| v. | ) **VERDICT FORM** |
| ARSHAD RAZZAK and RICHARD YICK, | ) |
| Defendants. | ) |

**COUNT ONE**

**(Civil Rights Conspiracy, in violation of 18 U.S.C. § 241)**

We find the defendant Arshad Razzak:

__✓__ Guilty    _____ Not Guilty

We find the defendant Richard Yick:

_____ Guilty    __✓__ Not Guilty

VERDICT FORM
CASE NO. CR 14-0103 RS

1

1 | **COUNT TWO**

2 | (Deprivation of Rights on December 23, 2010, in violation of 18 U.S.C. §§ 242 and 2)

3 |     We find the defendant Arshad Razzak:

4 |         ✓ Guilty     ____ Not Guilty

5 |     We find the defendant Richard Yick:

6 |         ____ Guilty     ✓ Not Guilty

8 | **COUNT FOUR**

9 | (Falsification of Records on January 19, 2011, in violation of 18 U.S.C. §§ 1519 and 2)

10 |     We find the defendant Arshad Razzak:

11 |         ✓ Guilty     ____ Not Guilty

12 |     We find the defendant Richard Yick:

13 |         ____ Guilty     ✓ Not Guilty

15 | **COUNT FIVE**

16 | (Falsification of Records on December 24, 2010, in violation of 18 U.S.C. § 1519)

17 |     We find the defendant Arshad Razzak:

18 |         ✓ Guilty     ____ Not Guilty

Dated: 1/22/15

[signature] FOREPERSON

VERDICT FORM
CASE NO. CR 14-0103 RS

2