UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** June 2, 2015      **Time:** 20 min.      **Judge:** RICHARD SEEBORG

**Case No.**: 14-cr-00103-RS-1   **Case Name:** USA v. Arshad Razzak

**Attorney for Government:** John Hemann
**Attorney for Defendant:** Michael Rains
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  **[X] Not in Custody**

| **Deputy Clerk:** Corinne Lew | **Court Reporter:** Kathy Sullivan |
|---|---|
| **Interpreter:** n/a | **Probation Officer:** Jill Spitalieri |

## PROCEEDINGS

Status Hearing Re: Sentencing

## SUMMARY

Case Continued to **6/7/16 at 2:30 p.m.** for Sentencing Hearing.  Parties to submit sentencing memorandum by May 24, 2016.   Letter and Agreement submitted in court shall be file under seal.